United States District Court
Southern District of Texas
**ENTERED**
April 29, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **CELESTA STINSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 2:20-CV-00029** |
| | § | |
| **BOMBARDIER RECREATIONAL** | § | |
| **PRODUCTS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pending before the Court is the Joint Stipulation of Dismissal with Prejudice filed by the parties. (Dkt. No. 39). After reviewing the Stipulation, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**.

It is therefore **ORDERED** that all claims brought by Plaintiff against Defendant in this Civil Action are **DISMISSED WITH PREJUDICE**. Costs of court and attorney's fees are to be borne by the party incurring same.

This is a **FINAL JUDGMENT**.

Signed on April 28, 2022.

**DREW B. TIPTON
UNITED STATES DISTRICT JUDGE**